IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TORY J. DUTY,

      Plaintiff,                      No. CIV S-09-0724 EFB P

     vs.

CLAUDE E. FINN, et. al,

      Defendants.           ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff filed an amended complaint before the court screened the original complaint. The court then screened plaintiff's original complaint and ordered the U.S. Marshal to serve it on defendants. Six days later, plaintiff filed a motion requesting that he be allowed to amend his complaint again, and be granted sixty days to do so.

       Fed. R. Civ. P. 15(a) provides that a party may amend its pleading once as a matter of course, subject to certain timing restrictions. Plaintiff has already amended once. Rule 15(b) provides that in all other cases, a party may amend with leave of the court, and that such leave should be freely given when justice so requires.

////

////

1    Accordingly, it is ORDERED that:

2    1. Plaintiff's motion to amend the complaint is granted, and plaintiff has 60 days from
3  the date of this order to file a second amended complaint. Failure to do so may result in this
4  action being dismissed.

5    2. Defendants are relieved of their obligation to file a responsive pleading or motion to
6  the first amended complaint. Defendants must respond to the second amended complaint within
7  the time set out in Rule 12 for responding to the first amended complaint or 21 days from the
8  date plaintiff files the second amended complaint, whichever is later.

Dated: November 1, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\