IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TORY J. DUTY,

      Plaintiff,                    No. CIV S-09-0724 EFB P

     vs.

CLAUDE E. FINN, et al.,

      Defendants.          <u>ORDER</u>

                              /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested two subpoenas. *See* Dckt. Nos. 42, 43. It appears that plaintiff wishes to direct his subpoenas to a hospital to obtain his medical records, and to defendants' counsel to obtain copies of various documents that could likely be obtained through discovery.

      Plaintiff is advised that after defendants file their answer to his second amended complaint, the court will issue a discovery and scheduling order setting out a schedule for discovery in this case. Discovery appears to be the proper vehicle to obtain the information that plaintiff currently seeks from defendants' counsel. However, plaintiff may subpoena his medical records from the hospital. Should additional subpoenas become necessary, plaintiff may request them.

////

Accordingly, it is hereby ORDERED that:

1. The Clerk shall issue a subpoena to plaintiff. Plaintiff shall complete the form and return it to the court for service by the U.S. Marshal.

2. The Clerk is directed to terminate docket entry 43.

DATED: May 18, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE