IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TORY J. DUTY,

     Plaintiff,                    No. CIV S-09-0724 EFB P

     vs.

CLAUDE E. FINN, et al.,

     Defendants.          ORDER

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested three subpoenas. *See* Dckt. No. 49.

     Good cause appearing, the Clerk of the court shall issue three subpoenas to plaintiff. Plaintiff shall complete the forms and return them to the court for service by the U.S. Marshal.

     So ordered.

DATED: July 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE