IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TORY J. DUTY,

    Plaintiff,                               No. CIV S-09-0724 EFB P

    vs.

CLAUDE E. FINN, et al.,

    Defendants.                       ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff has requested a second extension of time to file and serve a response to defendants' June 3, 2011 motion to dismiss.  *See* Fed. R. Civ. P. 6(b).

       Plaintiff's July 11, 2011 motion is granted and plaintiff has 30 days from the date this order is served to file and serve his response.  The court does not intend to grant additional requests for extensions of time.

       So ordered.

DATED: July 14, 2011.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE